**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Venda Nicole Dill and Bradley McAbee, Defendants,

Of whom Venda Nicole Dill is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2019-000756

─────────────

Appeal From Spartanburg County
James F. Fraley, Jr., Family Court Judge

─────────────

Unpublished Opinion No. 2019-UP-379
Submitted November 15, 2019 – Filed December 5, 2019

─────────────

**AFFIRMED**

─────────────

John Brandt Rucker and Allyson Sue Rucker, both of
The Rucker Law Firm, LLC, of Greenville, for
Appellant.

Deborah Murdock Gentry, of Murdock Law Firm, LLC,
of Mauldin; and Robert C. Rhoden, III, of the South

Carolina Department of Social Services, of Spartanburg, both for Respondent.

Jacqueline Alicia Moss, of Law Firm of Jacqueline Moss, for the Guardian ad Litem.

_____

**PER CURIAM:** Venda Nicole Dill appeals the family court's final order terminating her parental rights to her minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2019). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Dill's counsel.

**AFFIRMED.**[1]

**SHORT, THOMAS, and GEATHERS, JJ., concur.**

_____

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.